**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-2082**

_____

MARK DOWNEY,

         Plaintiff - Appellant,

     v.

UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES ATTORNEY,

         Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:19-cv-00233-LMB-IDD)

_____

Submitted: December 14, 2023                Decided: December 18, 2023

_____

Before GREGORY and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Mark Downey, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Downey appeals the district court's order denying his motion to quash a prefiling injunction entered against him in 2019. The district court denied the motion because Downey, in violation of the prefiling injunction, failed to obtain leave to file his motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Downey v. U.S. Dep't of Just.*, No. 1:19-cv-00233-LMB-IDD (E.D. Va. Sept. 27, 2023). In addition, we deny Downey's motions, filed in this court, to quash the prefiling injunction. We deny as moot the motion to expedite decision.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2